FILED _____ LODGED
RECEIVED
JUL 1 4 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

09-CV-05318-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br>JARED PETER SMIDT and LAURA BETH RIDEOUT-SMIDT,<br><br>　　　　　　　　　　　　Debtors, | NO. 08-42106 |
| JARED PETER SMIDT and LAURA BETH RIDEOUT-SMIDT, and the marital community comprised thereof, individually and on behalf of BROTHERS NORTHWEST INVESTMENTS, INC. and BROTHERS NORTHWEST HOMES, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>GEOFF MCPHERSON and ROSIE MCPHERSON, and the marital community comprised thereof; MCPHERSON DEVELOPMENT GROUP, LLC; VERONICA SHAKOTKO and WILLIAM "BILL" SHAKOTKO and the marital community comprised thereof; MAHER INGELS SHAKOTKO CHRISTENSEN, LLP. A Washington Limited Liability Partnership; BRUCE SCHMIDT and KRISTI SCHMIDT, and the marital community comprised thereof,<br><br>　　　　　　　　Defendants. | NO. 09-04023<br><br>[PROPOSED] ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR WITHDRAWAL OF REFERENCE<br><br>CIV NO. C09-5318 RBL |

This matter comes before the Court on the Chapter 7 Trustee's Motion to Withdraw the

[PROPOSED] ORDER GRANTING CHAPTER 7 TRUSTEE'S
MOTION TO WITHDRAW THE REFERENCE - 1
Adversary Case No. 09-04023
00414109.DOC



EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732

Reference ("Motion"). The Court having considered the Motion, pleadings filed in support and in opposition thereto, and the remaining file herein, it is hereby

ORDERED that Chapter 7 Trustee's Motion to Withdraw the Reference is **GRANTED**.

DATED this 14th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

EISENHOWER & CARLSON, PLLC

By: _____
Terrence J. Donahue, WSBA #15193
Attorneys for the Chapter 7 Trustee

[PROPOSED] ORDER GRANTING CHAPTER 7 TRUSTEE'S
MOTION TO WITHDRAW THE REFERENCE - 2
Adversary Case No. 09-04023
00414109.DOC



EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732