Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED PETER SMIDT and LAURA BETH RIDEOUT-SMIDT, and the marital community comprised thereof, individually and on behalf of BROTHERS NORTHWEST INVESTMENTS, INC. and BROTHERS NORTHWEST HOMES, LLC., <br><br> Plaintiffs, <br><br>vs. <br><br> GEOFF MCPHERSON and ROSIE MCPHERSON, and the marital community comprised thereof; MCPHERSON DEVELOPMENT GROUP, LLC.; VERONICA SHAKOTKO and WILLIAM "BILL" SHAKOTKO, and the marital community comprised thereof; MAHER INGELS SHAKOTKO CHRISTENSEN, LLP, a Washington Limited Liability Partnership; BRUCE SCHMIDT and KRISTI SCHMIDT, and the marital community comprised thereof, <br><br> Defendants. | NO. 3:09-cv-05318-RBL <br><br> JOINT STATUS REPORT & DISCOVERY PLAN |

Pursuant to the Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, dated July 17, 2009, the parties in this matter submit the following Joint Status Report and Discovery Plan:

{1057924.DOC}

JOINT STATUS REPORT & DISCOVERY PLAN - 1

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

1. STATEMENT OF THE NATURE AND COMPLEXITY OF THE CASE:

(a) Statement of the nature of the case [all parties]:

This is an action to recover monies unaccounted for; to dissolve business entities; and legal malpractice claims against the defendant lawyer and law firm. The plaintiffs believe that the individual defendants, Bruce and Rosie McPherson and Bruce and Kristi Schmidt, have not accounted for monies used and held and that the company should be dissolved. The defendants deny all allegations but defendants McPherson and Schmidt agree that the businesses should be dissolved. Defendant Maher Ingels Shakotko Christensen, LLP and defendants Shakotko do not take a position on dissolution.

(b) Complexity of the case:

   i. Plaintiffs: There are a large number of business transactions which have not been accounted for and each and every one of them needs to be addressed in detail. It is the plaintiff's view that, while the number of transactions are high, the complexity is not intrinsically complex nor is the legal malpractice case complex.

   ii. Defendants Shakokto and defendant Maher Ingels Shakotko Christensen, LLP : The underlying transactions are sufficiently complex and/or poorly documented that it may not be possible to unravel them with certainty. While the claims arising out of those transactions are not of themselves complex, the underlying record may render these claims difficult to litigate.

   iii. Defendant McPhersons: There is a lot of complexity in this matter and we simply ran out of money.

   iv. Defendant Schmidts: This case is very complex.

{1057924.DOC}

2. RESULTS OF THE FRCP 26(f) CONFERENCE:

JOINT STATUS REPORT & DISCOVERY PLAN - 2

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

3.    PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES:

      i.    Plaintiff and defendant Maher Ingels Shakotko Christensen, LLP and defendants Shakotko : Suggest December 28, 2009.

      ii.    Defendants McPhersons and Schmidts: We are attempting to get money to retain an attorney in the "next couple of months".

4.    ADR

All parties agree that mediation should take place before an attorney on the Local Rule 39.1 list who is mutually approved by all parties .

5.    WHEN ADR SHOULD TAKE PLACE:

      i.    Plaintiffs: Need the depositions of both individual defendants Geoff McPherson and Bruce Schmidt and all their documents as a condition precedent to an effective ADR;

      ii.    Defendants Maher Ingels Shakotko Christensen, LLP and defendants Shakotko need to obtain more discovery before they will be ready for mediation and for there to be any realistic likelihood of resolution. They provisionally suggest this should take place by March 31, 2010 subject to a right to request an extension if additional discovery is required or if discovery has been provided late.

      iii.    Defendants McPhersons and Schmidts: Need money to obtain attorneys.

6.    PROPOSED DISCOVERY PLAN:

(a)    FRCP 26(f) conference took place on September 1, 2009 by telephone.

      i.    Plaintiffs Initial Disclosures by October, 2009.

{1057924.DOC}

JOINT STATUS REPORT & DISCOVERY PLAN - 3

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

    ii. Defendant Maher Ingels Shakotko Christensen, LLP and defendants Shakotko will endeavor to be ready to exchange initial disclosures by October 8, 2009 which is the date required by the court's minute order. They would prefer this date to be extended to October 15, 2009.

    iii. Defendants McPherson and Schmidt require more time.

 (b) i. Plaintiffs and Defendants Shakotko and law firm: Discovery will be taken on plaintiffs' liability and damages claims, and the affirmative defenses of the defendants.

    ii. Defendants McPhersons and Schmidts: No opinion.

 (c) The parties have no suggestions for modifying the discovery procedures set forth in the Federal Rules and the Local Rules.

 (d) i. Plaintiffs: Are willing to take what reasonable steps may be necessary to minimize expenses and to exchange documents informally as long as it is mutual and complete.

    ii. Defendant Shakotko and law firm have no suggestions for minimizing discovery expenses but are willing to consider any reasonable proposals from other parties.

    iii. Defendants McPhersons and Schmidts: No opinion.

 (e) Discovery orders under Fed. R. Civ. P. 26(c) and settlement orders under Local Rule 16(b) and (c) do not appear to be necessary.

7. DATE DISCOVERY COMPLETED:

{1057924.DOC}The parties anticipate that discovery will be completed by September 30, 2010.

JOINT STATUS REPORT & DISCOVERY PLAN - 4

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

8. The parties agree that proceedings should not be conducted before Magistrate Judge Stronbom.

9. The parties agree that the trial should not be bifurcated.

10. No [All parties agree]. The parties shall comply with local rule CR 16 regarding the exchange of pretrial statements and the filing of a pretrial order.

11. SUGGESTIONS FOR SHORTENING OR SIMPLIFYING THE CASE:

   i. Plaintiffs: Close observation of the letter and, most importantly, the spirit of the rules to get full disclosure of all of the transactions and the money trail at the beginning and initial disclosures as opposed to having to hunt down all of the details of all of the transactions which in the view of the plaintiff, the individual defendants have the burden to do.

   ii. Defendants Shakotko and defendant Maher Ingels Shakotko Christensen, LLP : None.

   iii. Defendants McPhersons and Schmidts: No opinions.

12. WHEN CASE WILL BE READY FOR TRIAL:

   i. Plaintiffs: Anytime in October, 2010 or November, 2010.

   ii. Defendant Shakotko and defendant Maher Ingels Shakotko Christensen, LLP  request a November, 2010 trial date.

   iii. Defendants McPhersons and Schmidts: Dependant on the attorney's schedule but, subject to that schedule, November, 2010.

13. JURY OR NON-JURY

   i. Plaintiff: Non – Jury [Plaintiffs demanded jury in the bankruptcy adversary proceedings, however, plaintiffs are willing to waive that jury demand in these proceedings].

JOINT STATUS REPORT & DISCOVERY PLAN - 5

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

        ii.       Defendants Shakotko and defendant Maher Ingels Shakotko Christensen, LLP: Non-Jury.

        iii.      Defendants McPhersons and Schmidts: Non-Jury.

14.    NUMBER OF TRIAL DAYS REQUIRED:

        i.        Plaintiff: Assuming full disclosure, require 8-10 trial days.

        ii.       Defendants Shakotko and defendant Maher Ingels Shakotko Christensen, LLP : Require 7-10 trial days.

        iii.      Defendants McPhersons and Schmidts: No opinion.

15.    COMPLICATIONS TO CONSIDER WHEN SETTING TRIAL DATE:

        i.        Plaintiff: Plaintiffs' attorney is not available to try the case in June and July, 2010. Plaintiff's attorney has a scheduled trial on August 30, 2010, King County Superior Court cause number: 09-2-12734-4 SEA (Slater v. Koch, et al.)

        ii.       Defendants Shakotko and defendant Maher Ingels Shakotko Christensen, LLP: Defendants' attorneys have trial dates on September 27, 2010, October 4, 2010, October 25, 2010 and December 13, 2010. They do not believe that the case will be ready for trial before November, 2010 and request a trial date in that month.

        iii.      Defendants McPhersons and Schmidts: dependant on attorneys schedule.

16.    Trial counsel are as follows:

Counsel for Plaintiffs Jared Peter Smidt and Laura Beth Rideout-Smidt is Robert B. Gould of The Law Offices of Robert B. Gould, 2110 North Pacific Street, Ste. 100, Seattle, WA 98103, Telephone: 206-633-4442, Facsimile: 206-633-4443, Email: rbgould@nwlegalmal.com.

JOINT STATUS REPORT & DISCOVERY PLAN - 6

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

Counsel for Defendants Veronica Shakotko and Maher Ingles Shakotko Christensen, LLP are Sam B. Franklin and Rosemary J. Moore of Lee Smart, 701 Pike Street, Suite 1800, Seattle, WA 98101, Telephone: 206-624-7990, Facsimile: 206-624-5944, Email: sbf@leesmart.com and rjm@leesmart.com.

Defendants Bruce and Kristi Schmidt are currently Pro Se with last known address of 2517 199th Avenue Ct. E., Lake Tapps, WA 98391. Defendants Schmidt plan to retain counsel.

Defendants Geoff and Rosie McPherson and McPherson Development Group, LLC are currently Pro Se with a last known address of 330 E. 91st Street, Tacoma, WA 98445. Defendants McPherson plan to retain counsel.

17. The parties do not request a scheduling conference.

DATED this ___ day of ~~September,~~ October 2009.

LAW OFFICES OF ROBERT B. GOULD

By: _____
Robert B. Gould, WSBA # 4353
Attorney for Plaintiffs


LEE SMART PS, INC.

By: _____
Sam B. Franklin, WSBA # 1903
Rosemary J. Moore, WSBA #28650
Attorney for defendants Veronica Shakotko and William "Bill" Shakotko, husband and wife, and Maher Ingels Shakotko Christensen, LLP


MCPHERSON DEVELOPMENT GROUP, LLC

By: _____

{1057924.DOC}

JOINT STATUS REPORT & DISCOVERY PLAN - 7

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

Defendant, By: Geoff McPherson, registered agent

By: _____
Geoff McPherson, defendant, *Pro Se*

By: _____
Rosie McPherson, defendant, *Pro Se*

By: _____
Bruce Schmidt, defendant, *Pro Se*

By: _____
Kristi Schmidt, defendant, *Pro Se*

C:\Documents and Settings\jar\Local Settings\Temporary Internet Files\Content.Outlook\X5VIOS4L\Smidt v Schmidt - Plaintiffs' draft Joint Status (1057924).DOC

{1057924.DOC}

JOINT STATUS REPORT & DISCOVERY PLAN - 8

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)