1
2
3
4
5
6
7
8
9

Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED PETER SMIDT and LAURA BETH RIDEOUT-SMIDT, and the marital community comprised thereof, individually and on behalf of BROTHERS NORTHWEST INVESTMENTS, INC. and BROTHERS NORTHWEST HOMES, LLC., | NO. 3:09-cv-05318-RBL |
| Plaintiffs, | JUDGMENT BY STIPULATION |
| vs. | |
| GEOFF MCPHERSON and ROSIE MCPHERSON, and the marital community comprised thereof; MCPHERSON DEVELOPMENT GROUP, LLC.; VERONICA SHAKOTKO and WILLIAM "BILL" SHAKOTKO, and the marital community comprised thereof; MAHER INGELS SHAKOTKO CHRISTENSEN, LLP, a Washington Limited Liability Partnership; BRUCE SCHMIDT and KRISTI SCHMIDT, and the marital community comprised thereof, | |
| Defendants. | |

1.    Judgment Creditors:          Terrence J. Donahue, Bankruptcy Trustee, Plaintiff
c/o Robert B. Gould, Esq.
Law Offices of Robert B. Gould
2110 N. Pacific Street, Suite 100
Seattle, WA 98103

JUDGMENT BY STIPULATION - 1

2.      Attorney for Judgment Creditors:      Robert B. Gould, Esq.
                                              Law Offices of Robert B. Gould
                                              2110 N. Pacific Street, Suite 100
                                              Seattle, WA  98103

3.      Judgment Debtors:                     Geoff McPherson, Kristi McPherson, and
                                              the marital community comprised thereof,
                                              Pro Se
                                              330 E. 91st St.
                                              Tacoma, WA 98445

4.      Principal Judgment Amount             $200,000.00

5.      Taxable Costs:                        $200.00
        (Filing Fee; Service of Process;
        Statutory Attorney Fee)

THIS MATTER came on before the undersigned Judge of the above entitled Court upon the Stipulation of the Parties hereto.  The Court being fully advised in the premises, it is therefore,

ORDERED that plaintiff successor, Terrence J. Donahue, the Trustee in Bankruptcy for Plaintiffs Laura and Jared Smidt under Bankruptcy cause no. 08-42106 shall and is hereby granted judgment against defendants Geoff McPherson, Rosie McPherson, his wife, and the marital community comprised thereof for alleged breach of fiduciary duty, all as alleged in plaintiffs second cause of action in plaintiffs complaint dated February 6, 2009 in the amount of $200,000 together with plaintiff's taxable costs and disbursements herein.  This judgment shall bear interest at the rate of Federal Judgment as of the date of entry.

//

//

//

JUDGMENT BY STIPULATION - 2

1

        This stipulated judgment shall not affect plaintiffs remaining unliquidated claims

2

against the defendants Bruce Schmidt and Kristi Schmidt, his wife, and the marital

3

community comprised thereof.

4

5

        DATED this 28th day of December, 2010.

6

7

8

9

_____

10

RONALD B. LEIGHTON

11

UNITED STATES DISTRICT JUDGE

12

13

*Presented by:*

14

/s/Robert B. Gould_____

15

Robert B. Gould, WSBA no. 4353

16

Attorney for Plaintiffs

17

*Approved; copy received; and notice of presentation waived:*

18

19

/s/ Geoffrey McPherson_____

20

Geoffrey McPherson, Pro Se

For and on behalf of his marital community

21

22

*Approved; copy received; and notice of presentation waived:*

23

/s/ Bruce Schmidt_____

24

Bruce Schmidt, Pro Se

For and on behalf of his marital community

25

26

27

JUDGMENT BY STIPULATION - 3

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)