Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED PETER SMIDT and LAURA BETH RIDEOUT-SMIDT, and the marital community comprised thereof, individually and on behalf of BROTHERS NORTHWEST INVESTMENTS, INC. and BROTHERS NORTHWEST HOMES, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> GEOFF MCPHERSON and ROSIE MCPHERSON, and the marital community comprised thereof; MCPHERSON DEVELOPMENT GROUP, LLC.; VERONICA SHAKOTKO and WILLIAM "BILL" SHAKOTKO, and the marital community comprised thereof; MAHER INGELS SHAKOTKO CHRISTENSEN, LLP, a Washington Limited Liability Partnership; BRUCE SCHMIDT and KRISTI SCHMIDT, and the marital community comprised thereof, <br><br> Defendants. | NO. 3:09-cv-05318-RBL <br><br> JUDGMENT BY STIPULATION |

1.   Judgment Creditors:      Terrance J. Donahue, Bankruptcy Trustee
                              for Plaintiffs
                              c/o Robert B. Gould, Esq.
                              Law Offices of Robert B. Gould
                              2110 N. Pacific Street, Suite 100
                              Seattle, WA  98103

JUDGMENT BY STIPULATION - 1

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

| | | | |
|---|---|---|---|
| 2. | Attorney for Judgment Creditors: | Robert B. Gould, Esq.<br>Law Offices of Robert B. Gould<br>2110 N. Pacific Street, Suite 100<br>Seattle, WA  98103 | |
| 3. | Judgment Debtors: | Geoff McPherson, Rosie McPherson, and the marital community comprised thereof.<br>330 E. 91st St.<br>Tacoma, WA 98445 | |
| 4. | Principal Judgment Amount | $200,000.00 | |
| 5. | Taxable Costs:<br>(Filing Fee; Service of Process; Statutory Attorney Fee) | $_____ | |

THIS MATTER came on before the undersigned Judge of the above entitled Court upon the Stipulation of the Parties hereto.  The Court being fully advised in the premises, it is therefore,

ORDERED that plaintiff successor, Terrance J. Donahue, the Trustee in Bankruptcy for Plaintiffs Laura and Jared Smidt under Bankruptcy cause no. 08-42106 shall have judgment against defendants Geoff McPherson, Rosie McPherson, his wife, and the martial community comprised thereof for the Breach of Fiduciary Duty claims in plaintiff's complaint dated February 6, 2009 in the amount of $200,000 together with plaintiff's taxable costs and disbursements.

//

//

//

//

//

JUDGMENT BY STIPULATION - 2

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

This stipulated judgment shall not affect plaintiff's remaining unliquidated claims against the remaining defendants Bruce Schmidt and Kristi Schmidt, his wife.

DATED this 5th day of January, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/ Robert B. Gould
Robert B. Gould, WSBA no. 4353
Attorney for Plaintiffs

*Approved; copy received; and notice of presentation waived:*

_____
Geoffrey McPherson, Pro Se
For and on behalf of his martial community

*Approved; copy received; and notice of presentation waived:*

_____
Bruce Schmidt, Pro Se
For and on behalf of his martial community

JUDGMENT BY STIPULATION - 3